IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOVAN WILLIAMS,

    Plaintiff,

v.

TIA CHENTNIK, et al.

    Defendants.

ORDER

Case No. 25-cv-254-jdp

---

JOVAN WILLIAMS,

    Plaintiff,

v.

JENNIFER NASH, et al.

    Defendants.

ORDER

Case No. 25-cv-255-jdp

---

Plaintiff Jovan Williams has filed two proposed civil complaints, but has neither paid the filing fees, nor requested leave to proceed without prepayment. For the cases to proceed, plaintiff must pay the $405 filing fee[1] for each case or submit a properly supported motion for leave to proceed without prepayment by April 24, 2025.

A motion for leave to proceed without prepayment must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2). If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that

---

[1] Effective December 1, 2023, the cost to file a civil action in federal court is $405 — a $350 statutory fee plus a $55 administrative fee that does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915.

plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff must pay the balance of the filing fee in installments.

## ORDER

IT IS ORDERED that plaintiff Jovan Williams may have until April 24, 2025 to submit the $405 filing fee or a motion for leave to proceed without prepayment and a trust fund account statement for the period beginning approximately October 3, 2024 and ending approximately April 3, 2025. If plaintiff fails to respond to this order by April 24, 2025, then I will assume that plaintiff wishes to withdraw these actions voluntarily. In that event, the cases will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 3rd day of April, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOVAN WILLIAMS,

    Plaintiff,

v.

TIA CHENTNIK, et al.
JENNIFER NASH, et al.

    Defendants.

ORDER

Case Nos. 25-cv-254-jdp
25-cv-255-jdp

**PRISONER REQUEST TO PROCEED IN DISTRICT COURT
WITHOUT PREPAYING THE FULL FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.**    **Personal Information**

1)    Your name: _____

    (a)    State the place of your incarceration and provide your prisoner identification number:

    _____    _____
                 (place)                                    (number)

    (b)    Are you employed at the institution?    ☐ Yes    ☐ No

    (c)    Do you receive any payment from the institution?    ☐ Yes    ☐ No

**Attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

2)    Do you have any dependents that you are responsible for supporting?

    ☐ Yes    ☐ No

    If "yes," list them below.

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.** **Property or Assets:** - If you are married, your answers must ***include your spouse's property.***

1 )   Do you own a car?

  □ Yes      □ No            If "yes," list the car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2)   Do you own your home(s)?     □ Yes     □ No

  If "Yes," state the approximate value(s).   $ _____

  What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?   $ _____

3)   Do you have any cash or checking, savings, or other similar accounts?
  □ Yes      □ No

  If "Yes," state the total of such sums.   $ _____

4)   Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

  □ Yes      □ No

  If "Yes," describe the property and the approximate value(s).

  _____

  _____

**III.     Litigation History**

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| Case Name (Plaintiffs and defendants) | Case number (or year of filing) | Federal district |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**IV.     Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

_____          _____
Date                                                              **Signature - Signed Under Penalty of Perjury**